UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HALLUM BAILEY, *et al.*,

                              Petitioners,

-v-

GAMON PLUS, INC., *et al.*,

                              Respondents.

24-MC-169 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Petitioners' consent motion to transfer the Motion to Quash the Subpoena issued to Mr. Hallum Bailey is GRANTED. The Clerk of Court is directed to transfer this miscellaneous case to the United States District Court for the Northern District of Illinois pursuant to Federal Rule of Civil Procedure 45(f).

The Clerk is directed to terminate ECF No. 7, to effectuate the transfer, and to close this case on this Court's docket.

    SO ORDERED.

Dated: April 9, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge