IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HALLUM BAILEY and CAMPBELL SOUP COMPANY,<br><br>   Movants,<br><br>  v.<br><br>GAMON PLUS, INC. and GAMON INTERNATIONAL, INC.,<br><br>   Respondents. | CASE NO. 1:24-CV-02877<br><br>JUDGE JOHN ROBERT BLAKEY |
| GAMON PLUS, INC. and GAMON INTERNATIONAL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CAMPBELL SOUP COMPANY, MEIJER, INC., THE KROGER CO., and TRINITY MANUFACTURING, L.LC.,<br><br>Defendants. | *Underlying Action*:<br><br>CASE NO. 1:15-CV-08940<br><br>JUDGE JOHN ROBERT BLAKEY<br>MAGISTRATE JUDGE YOUNG B. KIM<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL
PLAINTIFFS' OPPOSITION TO HALLUM BAILEY AND CAMPBELL SOUP
COMPANY'S MOTION TO QUASH THE SUBPOENA
<u>ISSUED TO HALLUM BAILEY AND FOR A PROTECTIVE ORDER</u>**

   Pursuant to Local Rules 5.8 and 26.2, Plaintiffs, Gamon Plus, Inc. and Gamon International, Inc. (collectively, "Gamon"), respectfully move this Court for leave to file under seal their Opposition to Hallum Bailey and Defendant Campbell Soup Company's Motion to Quash the Subpoena Issued to Hallum Bailey Baily and for a Protective Order ("Opposition").

   1.  On October 14, 2016, this Court entered a Protective Order ("Protective Order") that is in effect in the underlying action. (Case No. 1:15-CV-08940, Dkt. 91.)

2. The Opposition quotes from and otherwise discloses information that Trinity Manufacturing, L.L.C. designated as Highly Confidential under the Protective Order in the underlying action.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that this Court grant them leave to file their Opposition under seal.

Dated: April 22, 2024

Respectfully submitted,

By: */s/ Kal K. Shah*
Kal K. Shah
Mircea A. Tipescu
**BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312.212.4949
kshah@beneschlaw.com
mtipescu@beneschlaw.com

*Attorneys for Gamon Plus, Inc. and Gamon International, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2024 the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                                          */s/ Kal K. Shah*
                                                        *One of the attorneys for Gamon Plus, Inc. and Gamon International, Inc.*