# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| HALLUM BAILEY and CAMPBELL SOUP COMPANY,<br><br>        Movants,<br><br>    v.<br><br>GAMON PLUS, INC. and GAMON INTERNATIONAL, INC.,<br><br>        Respondents. | CASE NO. 1:24-CV-02877<br><br>JUDGE JOHN ROBERT BLAKEY |
| GAMON PLUS, INC. and GAMON INTERNATIONAL, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CAMPBELL SOUP COMPANY, MEIJER, INC., THE KROGER CO., and TRINITY MANUFACTURING, L.LC.,<br><br>    Defendants. | *Underlying Action*:<br><br>CASE NO. 1:15-CV-08940<br><br>JUDGE JOHN ROBERT BLAKEY<br>MAGISTRATE JUDGE YOUNG B. KIM<br><br>JURY TRIAL DEMANDED |

### NOTICE OF PRESENTMENT OF GAMON'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL THEIR OPPOSITION TO HALLUM BAILEY AND CAMPBELL SOUP COMPANY'S MOTION TO QUASH THE <u>SUBPOENA ISSUED TO HALLUM BAILEY AND FOR A PROTECTIVE ORDER</u>

To:    Counsel of Record

PLEASE TAKE NOTICE THAT on Wednesday, May 1, 2024 at 11:00 a.m., or as soon thereafter as counsel may be heard, Gamon Plus Inc. and Gamon International Inc. shall appear before the Honorable John R. Blakey, or any other judge sitting in his place, in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago,

Illinois 60604, and present a copy of Plaintiffs' Unopposed Motion for Leave to File Under Seal Their Opposition to Hallum Bailey and Defendant Campbell Soup Company's Motion to Quash the Subpoena Issued to Hallum Bailey Baily and for a Protective Order.

Dated: April 23, 2024

Respectfully submitted,

By: /s/ Kal K. Shah
Kal K. Shah
Mircea A. Tipescu

**BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312.212.4949
kshah@beneschlaw.com
mtipescu@beneschlaw.com

*Attorneys for Gamon Plus, Inc. and Gamon International, Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2024, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Kal K. Shah*
*One of the attorneys for Gamon Plus, Inc. and Gamon International, Inc.*

3